UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ADRIAN D. SHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:15CV1639 SNLJ |
| | ) |
| DETECTIVE JULIE JOHNSON, et al., | ) |
| | ) |
| Defendants, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for leave to proceed in forma pauperis and on review of the amended complaint. Having reviewed plaintiff's financial information, the Court assesses an initial partial filing fee of $9.85, which is twenty percent of his average monthly deposit. *See* 28 U.S.C. § 1915(b).

Plaintiff has named minor children by their full names. This is impermissible. "Only the initials of minor children may be listed in the filing." L.R. 5-2.17(A)(2). As a result, the Court will direct the Clerk to return the amended complaint to plaintiff. Plaintiff must delete the full names of any minor children, i.e., any party less than eighteen years old, and replace them with their initials.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to return plaintiff's amended complaint [ECF No. 3] to him.

**IT IS FURTHER ORDERED** that plaintiff must delete the names of any minor children and replace them with their initials.

**IT IS FURTHER ORDERED** that plaintiff must return the amended complaint to the Court within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without notice.

Dated this 8th day of January, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE